ELIZABETH M. BRADLEY        )
                           )
        v.                 )        ORDER
                           )
EARL T. BRADLEY, JR.        )

No. 140P83

(Filed 31 May 1983)

DEFENDANT'S petition for discretionary review is allowed for the limited purpose of entering the following order:

That part of the Court of Appeals' decision affirming the award of attorney's fees to plaintiff is reversed on the authority of G.S. 50-13.6 and *Hudson v. Hudson*, 299 N.C. 465, 263 S.E. 2d 719 (1980).

In all other respects the Court of Appeals' decision is affirmed.

BY ORDER OF THE COURT IN CONFERENCE, this 31st day of May, 1983.

FRYE, J.
For the Court